UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| $21,274.00 IN U.S. CURRENCY, | § | |
| Defendant in rem | § | |

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

United States of America, Plaintiff, files this action for forfeiture against $21,274.00 in U.S. currency and alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure.

*Nature of the Action*

1. This is an action to forfeit Defendant in rem to the United States pursuant to 31 U.S.C. § 5317(c)(2).

*Defendant in Rem*

2. Defendant in rem is $21,274.00 in U.S. currency that was seized from Richard Lee Kalliainen on July 1, 2010, at the George Bush Intercontinental Airport in Houston, Texas.

*Jurisdiction and Venue*

Page 1 of 5

3. This Court has jurisdiction pursuant to 28 U.S.C. §1355 because this is an action for forfeiture.

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1355 and 1395 (a) and (b) because:

> a. the acts or omissions giving rise to the forfeiture occurred in the Southern District of Texas,
>
> b. the property was found in the Southern District of Texas, and
>
> c. this forfeiture action accrued in the Southern District of Texas.

*Basis for Forfeiture*

5. The Defendant in rem is subject to forfeiture under 31 U.S.C. § 5317(c)(2). This section provides for the civil forfeiture of any property involved in violations of 31 U.S.C. §§ 5316 and 5324(c).

6. Under 31 U.S.C. § 5316(a)(1)(B), a person or an agent or bailee of the person shall file a report under subsection (b) of this section when the person, agent, or bailee knowingly transports, is about to transport, or has transported, monetary instruments of more than $10,000 at one time to a place in the United States from or through a place outside the United States. United States currency is a monetary instrument under 31 U.S.C. §5312(a)(3)(A).

7. Under 31 U.S.C. § 5324(c)(1), no person shall, for the purpose of

evading the reporting requirements of section 5316, fail to file a report required by 31 U.S.C. § 5316. Also under 31 U.S.C. § 5324(c)(2), no person shall, for the purpose of evading the reporting requirements of section 5316, file a report required by 31 U.S.C. § 5316 that contains a material omission or misstatement of fact.

### *Facts*

8. On July 1, 2010, Mr. Richard Lee Kalliainen arrived into the United States of America from the Republic of Honduras aboard Continental Airlines flight #1895 at the George Bush Intercontinental Airport, Houston, Texas. While being processed through customs, he presented to a U.S. Customs and Border Protection officer (CBP Officer) a U.S. Customs Declaration form on which he stated that he was not carrying currency over $10,000. A CBP Officer asked Mr. Kalliainen how much money was he carrying. He stated verbally that he was carrying $1,500.

9. A CBP Officer inspected Mr. Kalliainen's luggage. The officer found concealed in a pair of jeans a bundle of cash. The CBP Officer again asked Mr. Kalliainen how much money was he carrying. This time Mr. Kalliainen said that he was carrying $9,00.00. The CBP Officer continued searching the luggage and found a second bundle of cash. In total the CBP Officer found approximately

$21,274 in Mr. Kalliainen's luggage. Mr. Kalliainen told the officer that he decided to lie about the money because his boss told him to lie so he would not be tied up all day in Customs. The officer seized the $21,274 for forfeiture.

*Relief Requested*

10. Plaintiff requests a) an arrest Warrants and summons, citing all persons having an interest in the Defendant in rem to appear on the return day of process by filing a claim and answer pursuant to Rule G(5), Supplemental Rules for Certain Admiralty and Maritime Claims, or as ordered by this Court, b) a judgment of forfeiture, and c) costs and other relief to which the Plaintiff may be entitled.

Dated: August 3, 2010.

        Respectfully submitted,

        José Angel Moreno
        United States Attorney

        By: /s/ Albert Ratliff
        Albert Ratliff
        Attorney-in-Charge
        NY Bar No. 1073907
        SDTX Bar No. 6764
        Assistant United States Attorney
        United States Attorney's Office
        P. O. Box 61129,
        Houston, Texas  77208
        Office: (713) 567-9579
        Fax: (713) 718-3300
        E-mail: albert.ratliff@usdoj.gov

## VERIFICATION

I, Mike Telfer, Special Agent, United States Immigration and Customs Enforcement, declare under penalty of perjury as provided by 28 U.S.C. §1746 that I have read this verified complaint for forfeiture in rem, and the facts stated in this complaint are true and correct to the best of my knowledge and belief. Executed on August 3, 2010.

_____
Mike Telfer, Special Agent
U. S. Immigration and Customs Enforcement