UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br><br>$21,274.00 IN U.S. CURRENCY,<br>    Defendant in rem. | §<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 4:10-cv-02745<br>§<br>§<br>§<br>§ |

## VERIFIED CLAIM TO PROPERTY

Patron Seafood, Inc., rightful owner of the defendant in rem, hereby makes claim to the defendant $21,274.00 in U.S. currency now held by the plaintiff.

Respectfully Submitted by,

_____
Matthew T. Wright
State Bar No. 24053563
Wright Law Group, PLLC
12620 FM 1960 Road West
Suite A-4, Box 304
Houston, TX 77065
(713) 454 – 9508 (Tel)
(866) 496 – 1006 (Fax)
ATTORNEYS FOR CLAIMANT,
PATRON SEAFOOD, INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Verified Claim to Property was served on the following accordance the Federal Rules of Civil Procedure, on this 13 day of September, 2010.

**Via Regular Mail**
Albert Ratliff
Assistant United States Attorney
P.O. Box 61129
Houston, Texas 77208-1129

_____
Matthew T. Wright

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:10-cv-02745 |
| | § § | |
| $21,274.00 IN U.S. CURRENCY,<br>Defendant in rem. | § § | |

## AFFIDAVIT IN SUPPORT OF VERIFIED CLAIM TO PROPERTY

| THE STATE OF TEXAS | § |
|---|---|
| | § |
| COUNTY OF BRAZORIA | § |

BEFORE ME, the undersigned authority, personally appeared George Gala, being by me duly sworn, deposed as follows:

1. "My name is George Gala. I am a resident of Brazoria County, Texas. I am over the age of eighteen (18) and have never been convicted of a felony or other crime of moral turpitude. I am of sound mind, capable of making this affidavit, and am personally acquainted with the true and correct facts herein stated or asserted:

2. I am the Vice President of Patron Seafood, Inc, which is the rightful owner of the defendant $21,274.00 in U.S. currency now held by the plaintiff.

3. I declare under penalty of perjury that I have read the Verified Claim to Property, and the facts stated in the Claim are true and correct to the best of my knowledge and belief."

Further affiant sayeth not.

George Gala, Affiant

Page 1 of 2

SIGNED and SWORN TO before me this the ____10____ day of _Sept_, 2010.

_Sue Allen_
Notary Public in and for
State of Texas



SUE ALLEN
MY COMMISSION EXPIRES
June 13, 2014

Page 2 of 2

SEP-10-10 12:05 PM TRICO SHRIMP CO. 9792335780 P.02